**DENIED; Opinion Filed April 17, 2013.**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-13-00448-CV**

**IN RE: BRANDON S. CLINE, Relator**

**Original Proceeding from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-62404**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Myers
Opinion by Justice Myers

Relator contends the trial court violated a ministerial duty by not releasing him from jail on a personal recognizance bond. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Simon v. Levario*, 306 S.W.3d 318, 320-21 (Tex. Crim. App. 2009) (orig. proceeding); *In re Canady*, No. 14-10-01002-CR, 2010 WL 4400359, at *1 (Tex. App.—Houston [14th Dist.] Nov. 4, 2010, orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

/Lana Myers/
LANA MYERS
JUSTICE

130448F.P05